UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

v.

JOSEPH ROMANO and
DEJVID MIRKOVIC

Defendants.

------------------------------------------------------------X

**ADMINISTRATIVE
ORDER
2012-11**

     IT APPEARING that an indictment in *United States of America v. Joseph Romano and Dejvid Mirkovic*, Case No. 1:12-cr-691, was returned by a grand jury of the Eastern District of New York and assigned to a judge of this court, pursuant to the Clerk's Office regular operating procedures; and

     IT FURTHER APPEARING that the indictment filed in 1:12-cr-691 alleges that the victims of the alleged crime are a judge of this Court and an Assistant U.S. Attorney in this District; and

     IT FURTHER APPEARING that based upon the above stated circumstances, the impartiality of the United States District Judges of the United States District Court for the Eastern District of New York might reasonably be questioned;

     IT IS THEREFORE DETERMINED that, pursuant to 28 U.S.C. § 455(a), said United States District Judges of the Eastern District of New York are disqualified from presiding in case 1:12-cr-691; and

     IT WILL THEREFORE BE REQUESTED that the Chief Judge of the Second Circuit Court of Appeals designate a judge from outside the Eastern District of New York but from within the Second Circuit, pursuant to 28 U.S.C. § 292(b), to perform the duties of United States District Judge temporarily for the Eastern District of New York for the specific case *United States of America v. Joseph Romano and Dejvid Mirkovic*, Case No. 1:12-cr-0691 and all related matters.

November 8, 2012

                                                                                      Carol Bagley Amon
                                                                                      Chief Judge