UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

DESIGNATION OF A DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE SECOND CIRCUIT

*For the Purpose of Trying a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable John F. Keenan, United States District Judge for the Southern District of New York, to perform the duties of United States District Judge temporarily for the Eastern District of New York for the specific case *United States of America v. Joseph Romano and Dejvid Mirkovic*, Case No. 1:12-cr-0691 and all related matters.

Dated: November 8, 2012

Dennis Jacobs
Chief Judge

cc: Hon. John F. Keenan, Southern District of New York
Hon. Loretta A. Preska, Chief Judge, Southern District of New York
Hon. Carol Bagley Amon, Chief Judge, Eastern District of New York
Ruby Krajick, Clerk of Court, Southern District of New York
Douglas C. Palmer, Clerk of Court, Eastern District of New York