U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MLM/UAD

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 12, 2012

**Via U.S. Mail, E-Mail and ECF**

Joseph Kilada, Esq.
1 Old Country Road, Suite 347
Carle Place, NY 11514
E-mail: jfklegal@aol.com

Susan Kellman
25 8th Avenue
Brooklyn, NY 11217
E-mail: kellmanesq@aol.com

Re: United States v. Joseph Romano, et al.
Criminal Docket No. 12-691 (JFK)

Dear Counsel:

As you are aware, the government is in the process of preparing draft transcripts in the above-captioned case. Enclosed please find a stipulation governing and limiting the use of draft transcripts disclosed to the defense. Upon execution of the enclosed stipulation, the government will disclose draft transcripts as they become available.

If you have any questions or concerns, please do not hesitate to contact us.

Very truly yours,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: /s/
Marshall L. Miller
Una A. Dean
Assistant U.S. Attorneys
(718) 254-6421/6473

Enclosure

cc: Clerk of the Court (JFK) (w/o enclosure) (via ECF)