

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MLM/UAD

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 29, 2013

**<u>Via Regular Mail and ECF</u>**

Joseph Kilada, Esq.
1 Old Country Road, Suite 347
Carle Place, NY 11514

      Re:  United States v. Joseph Romano
         <u>Criminal Docket No. 12-691 (JFK)</u>

Dear Mr. Kilada:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery with respect to the above-referenced case. This material supplements the government's prior disclosures of December 3, 2012.  The government also renews its request for reciprocal discovery from the defendant.

      Enclosed on JR-Disc-6 please find an August 10, 2012 surveillance video from a detention facility.  Enclosed on JR-Disc-7 please find copies of: (a) letters written by or to the defendant and an identification card enclosed with one of these letters, all bates numbered JR-8652 to JR-8944; (b) records from detention facilities, bates numbered JR-8946 to JR-8949; (c) telephone records for telephone number ending in 6662, bates numbered JR-8950 to JR-9017; (d) surveillance photographs taken outside the Collectible Coins, Inc. office in Delray Beach, Florida, bates numbered JR-9018 to JR-9110; (e) a list of recordings produced on JR-Disc-2, JR-Disc-3 and JR-Disc-6, bates numbered JR-9403;[1] and (f) draft transcripts of some of the recordings previously produced to the defendant on December 3, 2012, bates numbered JR-9111 to JR-9402, which are being produced pursuant to a draft transcript stipulation signed by you on or about December 16, 2012.

      As previously stated in the government's discovery letter dated December 13, 2012, the government is in possession

---

    [1]    JR-Disc-2 and JR-Disc-3 were produced on December 3, 2012.

of images of two laptop computers, a desktop computer and an external hard drive, which were seized by law enforcement agents from 22 Lilac Lane, Levittown, NY, as well as images of a laptop computer and two cellular telephones, which were seized by law enforcement agents from 7090 Via Leonardo, Lake Worth, FL. Please make an appointment if you wish to review any of these computer images.

   If you have any questions or further requests, please do not hesitate to contact us.

        Very truly yours,

        LORETTA E. LYNCH
        UNITED STATES ATTORNEY


     By:    /s/
        Marshall L. Miller
        Una A. Dean
        Assistant U.S. Attorneys
        (718) 254-6421/6473

Enclosures

cc:  Clerk of the Court (JFK) (w/o enclosures) (via ECF)