

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

MLM:UAD

December 18, 2013

By Hand Delivery and ECF
The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007 1312

    Re:    United States v. Joseph Romano
           Criminal Docket No. 12-691 (JFK)

Dear Judge Keenan:

        The government writes to request respectfully that the Court issue the enclosed protective order in the above referenced case.  The protective order pertains to materials that have been produced and will be produced to the defendant pursuant to 18 U.S.C. § 3500 and United States v. Giglio, 405 U.S. 150 (1972) (collectively, "Trial Discovery").  Trial Discovery in this case involves production of sensitive information, including information regarding a confidential informant.  Accordingly, the defendant has agreed to a Stipulation and Protective Order with regard to this material, an executed copy of which the government encloses herein for the Court's consideration.

                                Respectfully submitted,

                                ERIC H. HOLDER, JR.
                                Attorney General of the United States
                                WILLIAM J. HOCHUL, JR.
                                United States Attorney


                        By:    /s/ Marshall L. Miller
                                Marshall L. Miller
                                Una A. Dean
                                Assistant U.S. Attorneys
                                (718) 254-6421/6473


Enclosure