

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

MLM:UAD

December 23, 2013

**<u>Via Regular Mail and ECF</u>**

George R. Goltzer, Esq.
200 West 57th Street
Suite 900
New York, NY 10019

Michael K. Bachrach, Esq.
276 Fifth Avenue
Suite 501
New York, NY 10001

     Re:  United States v. Joseph Romano
          <u>Criminal Docket No. 12-691 (JFK)</u>

Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery with respect to the above-referenced case.  Enclosed on JR-Disc-19 please find an August 21, 2012 audio recording.  This material supplements the government's prior disclosures of December 3, 2012, January 19, 2013, March 18, 2013, April 15, 2013, July 23, 2013, August 21, 2013, September 27, 2013, October 11, 2013 and December 9, 2013.  The government also renews its request for reciprocal discovery from the defendant, as set forth in full in prior discovery letters.

1

If you have any questions or further requests, please do not hesitate to contact us.

                              Very truly yours,

                              ERIC H. HOLDER, JR.
                              Attorney General of the United States
                              WILLIAM J. HOCHUL, JR.
                              United States Attorney

                    By:    /s/ Marshall L. Miller
                           Marshall L. Miller
                           Una A. Dean
                           Assistant U.S. Attorneys
                           (718) 254-6421/6473

Enclosure

cc:  Clerk of the Court (JFK) (w/o enclosures) (via ECF)