

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

MLM:UAD

December 24, 2013

**Via Fedex and ECF**
George R. Goltzer, Esq.
200 West 57th Street
Suite 900
New York, NY 10019

Michael K. Bachrach, Esq.
276 Fifth Avenue
Suite 501
New York, NY 10001

> Re:  United States v. Joseph Romano
>      Criminal Docket No. 12-691 (JFK)

Counsel:

          Pursuant to Title 18, United States Code, Section 3500 and
Giglio v. United States, 405 U.S. 150 (1972), the government hereby
furnishes additional discovery with respect to the upcoming trial
in the above-captioned case.

          If you have any questions, please do not hesitate to
contact us.

                              Very truly yours,

                              ERIC H. HOLDER, JR.
                              Attorney General of the United States
                              WILLIAM J. HOCHUL, JR.
                              United States Attorney

                    By:   /s/ Marshall L. Miller
                          Marshall L. Miller
                          Una A. Dean
                          Assistant U.S. Attorneys
                          (718) 254-6421/6473

Enclosure
cc:  Clerk of the Court (JFK) (w/o enclosures) (via ECF)