

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

MLM:UAD

December 26, 2013

**Via E-Mail and ECF**

George R. Goltzer, Esq.
200 West 57th Street
Suite 900
New York, NY 10019

Michael K. Bachrach, Esq.
276 Fifth Avenue
Suite 501
New York, NY 10001

    Re:  United States v. Joseph Romano
         Criminal Docket No. 12-691 (JFK)

Counsel:

      As you requested, enclosed please find a copy of the draft Presentence Report, dated March 30, 2011, from the coin fraud prosecution of the defendant in United States v. Romano, 09 CR 170 (JFB).  Please note that this disclosure is governed not only by the Protective Order signed by the parties and ordered by the Court, but also by the longstanding policy that Presentence Reports should not be disclosed to third parties without authorization by the Court. See, e.g., United States v. Charmer Industries, 711 F.2d 1164, 1176 (2d Cir. 1983).  The government also renews its request for reciprocal discovery from the defendant, as set forth in full in prior discovery letters.

1

If you have any questions or further requests, please do not hesitate to contact us.

Very truly yours,

ERIC H. HOLDER, JR.
Attorney General of the United States
WILLIAM J. HOCHUL, JR.
United States Attorney

By:    /s/ Marshall L. Miller
Marshall L. Miller
Una A. Dean
Assistant U.S. Attorneys
(718) 254-6421/6473

Enclosure

cc:  Clerk of the Court (JFK) (w/o enclosure) (via ECF)