**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

MLM:UAD

January 2, 2014

**Via Fedex and ECF**
George R. Goltzer, Esq.
200 West 57th Street
Suite 900
New York, NY 10019

Michael K. Bachrach, Esq.
276 Fifth Avenue
Suite 501
New York, NY 10001

Re: United States v. Joseph Romano
Criminal Docket No. 12-691 (JFK)

Counsel:

As previously discussed, the government hereby furnishes copies of exhibits the government may introduce at the upcoming trial in the above-captioned case. This material supplements that previously produced to you on December 30, 2013, with the exception of Government Exhibit 306, which replaces the version produced previously.

If you have any questions, please do not hesitate to contact us.

Very truly yours,

ERIC H. HOLDER, JR.
Attorney General of the United States
WILLIAM J. HOCHUL, JR.
United States Attorney

By: /s/ Marshall L. Miller
Marshall L. Miller
Una A. Dean
Assistant U.S. Attorneys
(718) 254-6421/6473

Enclosure
cc: Clerk of the Court (JFK) (w/o enclosures) (via ECF)