

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

MLM:UAD

January 12, 2014

**Via Email and ECF**
George R. Goltzer, Esq.
200 West 57th Street
Suite 900
New York, NY 10019

Michael K. Bachrach, Esq.
276 Fifth Avenue
Suite 501
New York, NY 10001

    Re:  United States v. Joseph Romano
         Criminal Docket No. 12-691 (JFK)

Counsel:

      Pursuant to Title 18, United States Code, Section 3500 and Giglio v. United States, 405 U.S. 150 (1972), the government hereby furnishes additional discovery with respect to the upcoming trial in the above-captioned case.

      If you have any questions, please do not hesitate to contact us.

                    Very truly yours,

                    ERIC H. HOLDER, JR.
                    Attorney General of the United States
                    WILLIAM J. HOCHUL, JR.
                    United States Attorney

           By:   /s/ Marshall L. Miller
                    Marshall L. Miller
                    Una A. Dean
                    Assistant U.S. Attorneys
                    (718) 254-6421/6473

Enclosure
cc:  Clerk of the Court (JFK) (w/o enclosures) (via ECF)