Case 1:12-cr-00691-DC Document 155 Filed 01/23/14 Page 1 of 1 PageID #: 899

*Court Ex. # 4 at 3:04 PM*

*1-23-14*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------X
UNITED STATES OF AMERICA          :

    -against-                 :             12 Cr. 691 (JFK)

JOSEPH ROMANO,                    :

             Defendant.      :
--------------------------------X

2014 JAN 23 PM 4:01
U.S. DISTRICT COURT
EASTERN DISTRICT OF N.Y.
FILED
CLERK

<u>**VERDICT FORM**</u>

<u>**Count One**</u>
**(Conspiracy to Kill United States District Judge**
**Joseph Bianco)**

1. How do you find the defendant with respect to Count One,
   Conspiracy to Kill United States District Judge Joseph Bianco
   between approximately February 1, 2012 and October 9, 2012?

<u>Guilty</u>            <u>Not Guilty</u>

  X
_____       _____

<u>**Count Two**</u>
**(Conspiracy to Kill Assistant United States Attorney**
**Lara Treinis Gatz)**

2. How do you find the defendant with respect to Count Two,
   Conspiracy to Kill Assistant United States Attorney
   Lara Treinis Gatz between approximately February 1, 2012 and
   October 9, 2012?

<u>Guilty</u>            <u>Not Guilty</u>

  X
_____       _____

Dated: Brooklyn, New York
      January 23rd 2014

                       Juror #1
                     _____
                         FOREPERSON