June 22, 2022

Honorable Judge Keenan
United States District Court
Southern District of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Criminal # No. 12CR691(JFK)
Civil No. 16-8189(JFK)

Re: Addendum to Supplemental
Claim of <u>Hemphill v. New York</u> issue.

Dear Honorable Judge Keenan:

I sincerely and respectfully request this Honorable Courts' indulgence, relevant to my recently submitted Supplemental claim in accord with the Supreme Courts' monumental ruling in <u>Hemphill v. New York.</u>

It is incumbent upon me to implore the Courts' ardent consideration of the fact that the government's presentation of its case in chief, against me, accentuated dire Confrontation Clause issues that contravene the 6th Amendment; and compel reversal of my convictions and the granting of my motion pursuant to 28 U.S.C. § 2255.

From the commencement of its opening statement until summation arguments, the government wrongfully

Submitted evidence to the jury and pointedly pleaded with them to hold me legally and factually responsible for a 9mm handgun and $40,000 in US. Currency they seized from a safe, inside the home of my alleged Co-Defendant Mirkovic; although they never planned on calling him as a witness. I knew absolutely nothing about this important evidence and was ignorant to it even being there.

I had no opportunity during the course of trial to vehemently deny any knowledge and nexus to this evidence. The government knew I had a 5th Amendment Constitutional Right to remain silent and more importantly, to cross examine and confront the owner of the money and weapon; and whether I had any connection, knowledge or criminal culpability for this prejudicial, inflammatory and impactful evidence. It devastated me, and its admission was wholly dichotomous to the Confrontation Clause mandates; and especially-particularly Hemphill V. New York.

I submit that if I had an opportunity to confront and cross examine Mirkovic as to this potent evidence he would have conceded that both the gun and money were legally, factually and evidentually irrelevant to the accusations I was on trial for.

Moreover, the admission of this evidence through law enforcement was nefariously done by the government to usurp my Constitutional Right to confront and cross examine the owner-ship, actual and constructive possession of this evidence and its use to convict me. I was unable to aver that Mirkovic was involved in a separate and distinct conspiracy, motivated by his scheme-plot to avenge-retaliate for the loss of his girlfriend; wich I had nothing to do with. This evidence was never presented to the jury and I was substantially prejudiced by this; and my Constitutional rights trampled upon.

For the aforementioned reasons I respectfully request that this addendum to my Hemphill motion be accepted, and that together they convince this Court that my 2255 motion be granted.

Respectfull Submitted,

Dated June 22, 2022 /s/ *[signature]*

Joseph Romano

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 05 2022 ★

BROOKLYN OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on ___June 24, 2022___ I sent a copy of
[date]

the _Addendum to Supplemental claim Hemphill v. N.Y._
[name of document]

to: _Judge John F. Keenan (visiting Judge)_

at _Eastern District of New York 225 Cadman Plaza East Brooklyn, N.Y. 11201_

_U.S.P.S. Cert.# 70212720000859953_ the last known address,
by way of United States mail or courier.

_June 24, 2022_
Date

_Joseph Romano_
Signature

3 page Supplemental Motion enclosed.

Pro Se



of the Court
le Judge Keenan
States District Court
District of New York
dman Plaza East
s, New York
11201

7021 2720 0000 8549 9532

7021 2720 0000 8549 9532

Name: Romano Joseph
Reg No: (72247053)
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

CM-22-72247053-0627-MO-141



CERTIFIED MAIL®

7021 2720 0000 8549 9532

Clerk
Honorab
United
Eastern
225 C
Brookly

Enclosed
find three page
Addendan to
Supplement dated
~~Aug~~ JUNE 22, 2022
Hemphill v. New York
to Judge Keenan

Houston v. Lack  Prison Mail

N CAMP |

ORADO **81226**   JUN 2 9 2022

A ... ... MAIL
...was processed through special mailing
... ... you. The letter has neither
... ... if the writer raises a question
...ich this facility has jurisdiction, you may
...terial for further ... ... ... or clarification.
... correspondence for forwarding to another
...turn the enclosed to the above address.

FEDERAL PRIS
P.O. BOX 5000
FLORENCE, CO

DATE: _____

The enclosed letter
pro     ion for
been opened nor
o  problem ove
w   to return the
If the writer enclos
addresses, please r