RECEIVED
JUL 1 1 2022
PRO SE OFFICE

June 12, 2022

Honorable Judge Keenan
United States District Court
Southern District of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 1 1 2022 ★

BROOKLYN OFFICE

Criminal No. 12 CR 691 (JFK)
Civil No - 16-8189 (JFK)

Re: Joseph Romano, Supplement
to Motion to Vacate, Set-Aside and
Correct Sentence, pursuant to 28 U.S.C. §2255

Dear Honorable Judge Keenan:

I most respectfully request that
this Honorable Court accept this momentous
Supplement-addendum to my Motion to
Vacate, Set-Aside and correct my convictions
and sentences, in accord with 28 USC. §2255;
and the manifest denial of fundamental
fairness due to erroneous rulings by the
District Court eliminating-limiting and
denying my fundamental 6th Amendment-
Constitutional Right to Cross-examine and
confront witnesses and, improperly admitted
evidence and statements, incidents and
fictions that deleteriously impacted me
and, persuaded the jury to return a
guilty verdict.

There can be no sincere and
genuine argument averred that I was
not estopped from meaningful and at

1 of 13

most times, any cross-examination-confrontation of witnesses, evidence and illegall admitted hearsay testimony.

It is incumbent upon me to vociferously bring this fervent issue to the Court's attention, in spite of the fact that the court has yet to determine and adjudge the paramount claims in my motion or order an evidentiary hearing.

I am wholly cognizant and cautiously optimistic that the grave miscarriage of justice that permeates the legal factual and Constitutional issues in my case will both control and dominate your decision making process and my motion-petition will be granted. This Court bears witness to the bedrock Constitutional Rights of mine that were ignored and scoffed at; and while my legal submission before this Honorable Court remains pending and open, I respectfully implore your sincere consideration of the enormous claims in my brief; and brand new Supreme Court case law that fervently supports my position.

The enormity of elemental, basic and fundamental Constitutional errors, especially my vehement right under the 6th Amendment's Confrontation Clause estopped me from receiving a fair trial rooted in the search for truth; because only when the veraciousness of witnesses and evidence is discovered and methodically-copiously scrutinized can justice be done. I sought justice but instead received and am burdened-overwhelmed

with dire injustice.

This most Honorable Court's opinion will determine whether a mockery has been made of my bedrock Constitutional rights or whether justice, fairness and equity prevails.

This supplement espouses the Highest Court of our lands newly published opinion in the case of, Hemphill v. New York, 142 S. Ct. 681 (2022); an 8-1 decision that emphatically protects and supports the 6th Amendment's Confrontation Clause, and expands its application and protections. Hemphill, Id. ardently highlights the gross defects in my trial and the total evisceration of my rights to confront and cross examine, witnesses and contrived-fabricated allegations made against me.

The Confrontation Clause of the Sixth Amendment to the United States Constitution guarantees to every defendant in a criminal prosecution the absolute right to be confronted with the witnesses against them especially for the purpose of conducting cross-examination.

A fair trial for me was solely and exclusively contingent upon my 5th Amendment Right to Due Process of Law and most importantly my 6th Amendment Right under the Confrontation Clause. My Rights were not only

trampled upon by the Court and Government but acutely eviscerated and denied. The impact of these denials eliminated even a scintilla of any opportunity I had to receive a fair trial. The consequences of a trial replete with Constitutional errors resulted in my sentence to life in prison until my natural death.

Consequently, the magnitude of your decision cannot be accentuated enough and the Hemphill decision reinforces why my convictions and sentences, must be vacated. The admission of unconfronted evidence against me was the antithesis of Justice Sotomayor's profound and Compelling opinion, as she reversed a State Court Murder conviction because a defendant had no reasonable chance-opportunity to confront and cross-examine ballistic evidence admitted against him. The forensic analysis evidence was unconstitutionally admitted by a witness devoid of knowledge and veracity subject to confrontation.

I Md. v. Craig, 497 U.S. 836, 846 (1990), the Supreme Court held that face to face confrontation enhances the accuracy of fact finding by reducing the risk, that a witness will wrongfully implicate an innocent person. See also Bullcoming v. N.M, 564 US-647 (2011), wherein the Highest Court opined that "The Clause does not tollerate dispensing with confrontation simply

becaus the court believes that questioning one witness about another's testimonial statements provides a fair enough opportunity for cross-examination." Coy V. Iowa, 487 U.S. 1012, 1019 (1988). Precisely-exactly what occurred in my case sub judice.

The confrontation right is explicitly designed to promote the truth-finding function at trial, even when it imposes restrictions and overwhelming burdens upon the government, in the truth seeking process. Craig, 497 U.S. at 845; See also Ky V. Stincer, 482 U.S. 730, 737 (1987).

My case was legitimized by the false and fabricated, but Nefarious accusations against me. I wholly lacked the specific intent to ever commit the alleged offenses and what commenced as hyperbole, and statements uttered in comical anger-frustration ended up being spun to non-fiction and reality by depraved criminal minds. The search for the truth ceased to exist and cooperating with significant motives to fabricate, ended up being lead and condoned as life-saving heroes; when a search for the truth would have evinced the foundational premise as completely false and their evidence against me as baseless-meritless and devoid of reality actually delusional. My 5th and 6th Amendment Constitutional Rights were trampled upon with the

governments win at all costs philosophy. They admitted evidence against me with the determination of advancing a conviction in the trial court and devoid of any concerns for an appeal or whether I was actually innocent. They were incensed by my statements made in jest and I became a target for their scorn.

The case sub-judice exemplifies why Judge Sotomayor's 8-1 decision required reversal of the case and buttresses why my convictions and sentences must be vacated.

As this Honorable Court is inherently cognizant, I entered a plea of guilty to a serious multi-million dollar fraud case, that evolved around the sale of coins. The plea was entered on the eve of trial and was the final contingency in an offer made to all my co-defendants. If I failed to plead guilty my brothers, brother in law and others would be compelled to proceed to a highly contested trial. The coercion, pressure and duress placed upon me by my family-loved ones and all whom meant anything to me was immeasurable.

Subsequent to my plea of guilty I received an substantial and unexpected term of lengthy imprisonment. I was hurt, in pain and both me and the loves of my life, my wife and three children devastated. We were an inseparable

homogenous unit. I vented to other prisoners and a former associate and made unintended comments I never meant; statements relevant to my trial Sentencing Judge and Prosecuting Attorney. As the result of these idiotic and veiled rants—threats I was reindicted and charged with multiple conspiracies. I unequivocally and categorically averred my innocence in the case from its inception—commencement and even gave a false incriminatory statement; out of fear, threats and a fictitious—deceptive scheme and ploy to get me to confess; which the government conceded to. I demanded a Jury trial as I was intent on proving my innocence.

The prime material witness against me was the same seminal government cooperating witness as in the fraud case, David Mirkovic. Mirkovic was indicted as my co—conspirator, although there were crucial issues pertaining to this position; as he had ulterior motives such as retribution against his girlfriends husband, and he exasperated my case and attributed motives, statements and intended actions—consequences to me that I had no knowledge of nor ever intended. It seems as if every word he made up he falsely attributed to me. There was never a shred of evidence I made such statements, only Mirkovic.

Mirkovic met with an undercover law enforcement officer—Agent and was

recorded for substantial hours.

The government in the trial *subjudice* played Mirkovics recordings which extended over three hours. The tapes were potent as Mirkovic expressed his own delusional fantasies which he credited to me; except there was no foundational evidence proving that the recordings were ever made in the course, and in furtherance of the conspiracy and to ever even consider their admission persuant to Fed.R. Evid. 801(d)(2)(e).

Additionally, large portions of the tapes were classified as 'unintelligible; and the government speculated as to what Mirkovic said or meant. It was pure conjecture.

Most importantly, although Mirkovic entered a cooperating plea agreement; the government refused to call him as a witness; and instead, used the recording agent to testify as to the multi hour recordings; unintelligible portions of the tape, and even Mirkovics' cooperating plea agreement; the government refused to call him as a witness; and instead used the recording agent to testify to all. To prejudice me further in the presence of the jury, the Court made an inflammatory comment about the plea.

I was profusely denied the absolute and profound right to

cross examine and confront Mirkovic. If I was given this Constitutional right I submit that the motive, knowledge, intent and actions Mirkovic attributed to me in the audio's would have been conceded by him to be his creation and fantasy's; statements I never made and hereby vindicating me.

The government was completely cognizant of Mirkovics immorality, incredulousness and systemic pattern of lies. Furthermore, they knew he was incapable of telling the truth and had a tendency of scheming, plotting and conspiring to realize his own objectives. Consequently, they kept him off the witness stand and deprived me of my 6th Amendment Right of Confrontation. I could not seek the truth as Mirkovic never took the witness stand in my trial. The government also knew Mirkovic was an drug addict desperate to appease them and would never withstand vigorous cross-examination.

Moreover, This Honorable Court could logically adduce the government's concerted effort to deprive me of my Constitutional Right of Confrontation by their "Opening Statement!" wich was more akin to a summation laiden with conjecture and argument.

In their opening statement the government copiously delineated the facts of my prior fraud conviction and exact sentence; equating me to

the Devil reincarnated. Their sole and exclusive objective was to depict me as a professional Con man, deviant, insensitive and morally bankrupt career criminal; when as a matter of fact the fraud case was the first time in my life I had ever had a nexus to the criminal justice system. I had served my country honorably and proudly in the Navy and was now an expert and Pilot in both rotary and fixed wing Aviation. Yet the government falsely portrayed me to the jurors.

The intended consequences of the governments win at all cost opening statement was never to give the jurors a road map to the trial, but to testify as to facts I could not controvert nor confront. (emphasis added). Rightfully, the governments method of establishing a motive in the case subjudice should have been to merely state, that I had a prior case to wich the Honorable Judge Bianco sat as the Jurist and the Assistant U.S. Attorney was Gatz. There was no need to recitate methodical facts and the prior sentence. It merely inflamed, prejudiced and preconditioned the jury against me. It also eviscerated my 6th Amendment Confrontation Rights; wich was the obvious motive of the government in its own words and again, by not calling Mirkovic. The government testified and gave evidence against

me in the opening, which I could not confront. They tried to bait and induce me to take the witness stand all in violation of the 5th and 6th Amendment.

During the course of the investigation to the conspiracy to Murder cases, the government was permitted to admit my false incriminatory statement; despite their concession that it was obtained by the use of promises, threats, coercion, and falsities by the Agent involved. I was terrified by the Agents threats of life in prison and he promised me leniency, although he lacked any authority. I genuinely believed that I would be set free from jail-prison and detrimentally relied on his representations; although it turned out to be a ruse-a play.

The repugnant-abhorent, illegal and unconstitutional act of NOT (emphasis added) calling the Agent, (Hesslin) whom tricked and lied to me in order to obtain the confession and to testify as to all the surrounding facts of my statement trampled upon my Confrontation Rights. It was a scheme to deprive the Finders of Fact as to all critical-devious actions by the Agent whom was intrically related to my statement. A different Agent whom was not the same character, Attitude, and

atrocious nefarious personality as FBI Special Agent Hesslin testified (COX) for the government. The Prosecution knowingly purposely and with malice aforethought kept the jurors from the truth whole truth and nothing but the truth. They intentionally deprived the jury of the ability to envision, observe and feel the intimidation I felt and wich caused me to falsely confess; Agent Hesslin should have testified.

The governments miserous misuse and dichotomous contravention of the Confrontation Clause created the antithesis of _Hemphills_ admonitions and holding. My 6th Amendment Rights were clearly trampled upon and resulted in me never receiving a fair and just trial. _Hemphill, ID._ The government abused the Rules of Evidence to get around the Hearsay Rule, when in fact all their evidence was wrongfully admitted for the truth of the matter asserted; and never fell within an exception to the Hearsay Rule. They abandoned my Confront-ation rights.

The _Plethora_ of Rank, Double and Triple Hearsay (emphasis added) became the norm at my trial. This in Conjunction with my Attorney's gross ineffectiveness-ineptness and lack of investigation-preparation inhibited me from a Constitutionally fair trial.

The interests of Justice must always be paramount in our system of Justice! My case and the Hemphill, Id. analysis, as well as and the formative opinion by Justice Sotomayer compels this Honorable Court to vacate my convictions.

Most Respectfully,

Dated this June 12, 2022 Joseph Romano

Po Box 8500
US P Max-
Florence, Co.
81226



enclosed
Find 13 page
Motion Seeking
Henry(K) v. New York
[signature] 2-12-22

Romano, Joseph
: (7zz47053)
x 8530
nitentiary MAX
ce, CO. 81226-8500

24 7053 - 0615 - mo - 134

7021 2720 0000 8549 9556

9556

44 9556


USMS

Clerk of the Court
Honorable Judge J. F. Keenan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York
11201








