FORM 1

RECEIVED
SDNY PRO SE OFFICE

2022 SEP 19 PM 3: 17

NOTICE OF APPEAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 26 2022 ★

BROOKLYN OFFICE

* * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
_____ DISTRICT OF _____

NOTICE OF APPEAL
12 Cr. 691 (JFK)
16 Civ. 5689
Docket No.

Notice is hereby given that ___Joseph Romano___
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it)

entered in this action on the __22__ day of ___August___ , 20__22__.

_____
Signature

___Joseph Romano___
Printed Name

___PO Box 8500___
Address U.S. Penitentiary Max.
___Florence, Co. 81226___

(___) _____
Telephone No. (with area code)

Date: __September 1, 2022__

Name: Romano, Joseph
Reg No: (72247053)
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

Clerk o
Hon. Joh
United Sta
Southern
500 Pear
New York

RECEIVED
SDNY PRO SE OFFICE
2022 SEP 19 PM 2: 58

Houston v. Lack Prison Mail Sept. 1, 2022

USM
SDNY
P3

f the Court

n F. Keenan

tes District Court Judge

District of New York

l Street

, N.Y. 10007-1312

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN
U.S. COURTHOUSE · 500 PEARL STREET
NEW YORK, NY 10007-1312

OFFICIAL BUSINESS

ORDERS AND JUDGMENTS

C
Aff
E

2?

B



quadient
FIRST-CLASS MAIL
IMI
$001.68 ⁰
09/22/2022 ZIP 10007
043M31233901

US POSTAGE

lerk of the Court
: Pro Se Intake
D NY / USDC

USMS

5 Cadmun Plaza E

100KLYN, NY 11201