**MANDATE**

E.D.N.Y. – Bklyn
16-cv-5689
12-cr-691
Keenan, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT
_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of June, two thousand twenty-three.

Present:

William J. Nardini,
Myrna Pérez,
Maria Araújo Kahn,
    *Circuit Judges*.

_____

Joseph Romano,

    *Petitioner-Appellant*,

    v.                                                    22-2224

United States of America,

    *Respondent-Appellee*.

_____

Appellant, pro se, moves for in forma pauperis status and appointment of counsel. We construe the motion as also seeking a certificate of appealability. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because Appellant has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *see Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 08/24/2023**